813

Circuit denied. *Floyd E. Thompson, John Dickinson* and *R. Aubrey Bogley* for petitioner. *S. K. Frankenstein* for respondent.

No. 867. TOWNSEND ET AL. *v.* FIRST NATIONAL BANK & TRUST CO. ET AL. February 3, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Creekmore Wallace* and *B. E. Harkey* for petitioners. *Ezra Brainerd, Jr.* for respondent.

No. 816. PATTERSON *v.* VIRGINIA ELECTRIC & POWER CO. February 3, 1947. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied.

No. 818. BASILE *v.* NEW YORK. February 3, 1947. Petition for writ of certiorari to the County Court of Albany County, New York, denied.

No. 826. BRUMMEL *v.* L. F. DIETZ & ASSOCIATES, INC. ET AL. February 3, 1947. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, denied. *Harold L. Lipton* for petitioner. *Kenneth H. Guild* for respondents.

No. 887. HUDSON *v.* UNITED STATES. February 3, 1947. The motion for bail is denied. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth